IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Tania M. Hernández-Mercado<br>Petitioner<br>v.<br>Natalia Figueroa, et al<br>Respondents | CIVIL NO. 26-1481 (RAM) |

**JUDGMENT**

On October 6, 2026, Petitioner filed a *Notice of Voluntary Dismissal* (Docket No. 16). In accordance with the Order entered at Docket No. 17, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of October 2026.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE